UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, INC.,

              Plaintiff,

-against-

LA CANTINA MEX BAR & LOUNGE CORP. d/b/a LA CANTINA BAR, and SANDRA M. MENDIETA,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2020

1:20-cv-01432 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Complaint in this action was filed on February 19, 2020 [ECF #1]. Executed summonses were filed on the docket on June 12, 2020 and June 22, 2020, reflecting service on March 20, 2020 and June 10, 2020 [ECF #11-12]. After Defendants failed to respond to the Complaint, Plaintiff sought certificates of default, which were granted by the Clerk of this Court on July 21, 2020 [ECF #17-18]. Since then, Plaintiff has taken no action to prosecute this case. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 25, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date:  October 26, 2020**
      **New York, NY**

                                                        _____
                                                        **MARY KAY VYSKOCIL**
                                                        **United States District Judge**